UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MATTHEW ANDREW GARCES,

    *Plaintiff*,

v.                                       Case No. 5:25-CV-0604-JKP

TRACY TORREZ, in her official capacity,
as an Operations Clerk, and
UNIDENTIFIED UNITED STATES MARSHAL,

    *Defendants*.

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of United States Magistrate Judge (ECF No. 23) filed on September 10, 2025. The Magistrate Judge recommends that the Court dismiss this case without prejudice to refiling should Plaintiff obtain preapproval to do so consistent with a prefiling injunction entered in *Garces v. Rossbach*, No. SA-25-CV-0441-JKP, 2025 WL 2544022, at *2 (W.D. Tex. Sept. 4, 2025). The Magistrate Judge explains that, in that prior case, he recommended that Plaintiff be designated as vexatious litigant and that the Court impose a prefiling injunction as a sanction.

Plaintiff filed this case less than a week before the *Rossbach* recommendation. The day after issuance of that recommendation, the Magistrate Judge stayed this case pending the Court's consideration of the recommendation. The Court accepted that recommendation on September 4, 2025, and the Magistrate Judge issued the instant recommendation within a week. The Magistrate Judge provided instructions for service and notified all parties of their right to object. The notice informed the parties that any objection must be specific, written, and filed within

fourteen days. It further warned that a failure to object "shall bar the party from a *de novo* determination by the district court."

No one has filed any objection to the Report and Recommendation, and the time for doing so has expired. Accordingly, the Court reviews the Report and Recommendation only to determine whether any finding or recommendation is clearly erroneous or contrary to law. *See Johnson v. Sw. Research Inst.*, 210 F. Supp. 3d 863, 864 (W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).[1] The Court knows of no principle of law that precludes a dismissal without prejudice as recommended under the facts and circumstances of this case.

Consistent with § 636(b)(1), the Court has reviewed the Report and Recommendation for clear error on the face of the record. Finding no such error, the Court **ACCEPTS** the Report and Recommendation (ECF No. 23). As recommended, the Court **DISMISSES** this action without prejudice to Plaintiff refiling it after obtaining preapproval in accordance with the existing prefiling injunction imposed against him. The Court **MOOTS** Plaintiff's second application to proceed in forma pauperis (ECF No. 4) and will issue an appropriate final judgment by separate filing.

**It is so ORDERED this 2nd day of October 2025.**

JASON PULLIAM
UNITED STATES DISTRICT JUDGE

---

[1] While Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Wilson*, 864 F.2d at 1221.